# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF PENNSYLVANIA

PIERRE & CARLO, INC., et al., :
    Plaintiffs :
: CIVIL ACTION
          v. :
: NO. 09-5010
PREMIER SALONS, :
    Defendant :

## ORDER

**AND NOW**, this __24th__ day of May 2010, it is **ORDERED** that:

- Pierre & Carlo's Motion for Preliminary Injunction (Doc. # 2) is **GRANTED** in part and **DENIED** in part. After an appropriate security is posted, Defendant shall:

  - Cease and desist from using any and all furniture, fixtures, and equipment present in the salon on October 23, 2009. Defendant shall return this property to Pierre & Carlo.

  - Notify in writing all customers of Pierre & Carlo prior to October 23, 2009, that there is no relationship between Premier Salons (or Halcyon Days Salon & Spa) and Pierre & Carlo and that they are two separate business entities.

    - Premier Salons shall file a proposed letter by **June 2, 2010.**

    - Pierre & Carlo shall file any objections by **June 9, 2010.**

- The parties shall submit briefing regarding the appropriate amount for a bond by **June 2, 2010.**

- The November 12, 2009 order enjoining and restraining Premier Salons from using the name "Pierre & Carlo" or any derivation thereof remains in effect, as clarified by the accompanying Memorandum.

- Within 10 days from when the above relief is implemented, Defense counsel shall certify that Defendant has fully complied with this order and that a copy of this order has been provided to each and every person employed by Premier Salons at The Bellevue and to each management level employee with responsibility for the operation of the salon at The Bellevue, including Briar Van Metter, Snow Proudlove, Megan Stern, Jocelyn Horst, Blair Hodgson, Brian Luborsky, Paul Bernards and Michael Kirkpatrick.

- Premier Salons' Motion to Strike (Doc. # 48) is **DENIED.**

- Pierre & Carlo's Motion to Supplement the Record (Doc. # 50) is **GRANTED.**

- The parties shall submit a joint proposed scheduling order by **June 9, 2010.**

s/Anita B. Brody

_____
ANITA B. BRODY, J.

Copies **VIA ECF** on _____ to:    Copies **MAILED** on _____ to: